UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Appellant,<br><br>  v.<br><br>KIRK LINDSAY WILSON,<br><br>    Appellee. | Case No.  15-cv-01448-VC<br><br>**ORDER WITHDRAWING OPINION**<br><br>Re: Dkt. No. 10 |

The Court's opinion, Dkt. 10, is hereby withdrawn.  The government's assertions in the related case, No. 15-cv-02028-VC, have raised concerns about whether the Court had jurisdiction to render a ruling in this appeal.  The government is ordered to file a brief, not to exceed 10 pages, explaining whether the bankruptcy court had jurisdiction to issue its order, and whether this Court has jurisdiction over the government's appeal from that order.  The brief is due within 14 days of this order, and a further hearing is scheduled for April 7, 2016.

**IT IS SO ORDERED.**

Dated: February 22, 2016

_____
VINCE CHHABRIA
United States District Judge